# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Taylor Shepherd and Gregory Koutelidakis, individually and as Parents and Next Friends of Isaiah Koutelidakis, a minor, and Grayson Koutelidakis, a minor, | Civil Action No. 1:23-cv-16819 |
| Plaintiffs, | Honorable Judge Franklin U. Valderrama |
| v. | Magistrate Judge Albert Berry, III |
| Volkswagen Group of America, Inc., Bosch Security Systems, Inc., Randstad North America, Inc., and Ermithe Petit, | |
| Defendants. | |

## JOINT STATUS REPORT

### 1.  Status of Discovery

All parties have exchanged and answered written discovery. Parties have completed the depositions of Plaintiffs, Taylor Shepherd and Gregory Koutelidakis, and responding police officers Brian Budris, Kevin Eckenstahler and Lana Lemons. The remaining fact witness depositions are scheduled as follows:

| Name | Role | Date |
|---|---|---|
| Ermithe Petit | Defendant | 2/11/2026 |
| Officer McCarty | Responding Officer | 2/23/2026 |
| Car Net Service Rep #1 | Bosch Call Center Employee | 2/24/2026 |
| Car Net Service Rep #2 | Bosch Call Center Employee | 2/24/2026 |
| Diamond Jackson Dunkley | Bosch Call Center Employee | 2/25/2026 |
| Matthew Anderson | Bosch Call Center Employee | 2/25/2026 |
| Nicolette Brown | Bosch Call Center Employee | 2/26/2026 |
| Anasia Campbell | Bosch Call Center Employee | 2/26/2026 |
| Marilyn Pean | Bosch Call Center Employee | 2/27/2026 |
| Richard Bennett | VWGoA Corporate Witness | 3/6/2026 |

Per the Court's January 6, 2026 Order [ECF No. 139], the remaining schedule is as follows:
   a.  **3/9/2026:** Close of fact discovery;
   b.  **4/13/2026:** Plaintiff's expert disclosure deadline;
   c.  **5/13/2026:** Plaintiffs' expert depositions completed;
   d.  **6/15/2026:** Defendants expert disclosure deadline;

    e. **7/15/2026:** Defendants expert depositions completed;

    f. **9/17/2026:** Defendants' *Daubert* motions and dispositive motions deadline.

2. **State whether the parties believe a settlement conference would be productive at this time.**

Not at this time.

Date:   February 10, 2025           *Respectfully submitted,*


*/s/ Sarah Riess*

Gerald J. Bekkerman (*Lead Attorney*)
Colleen Mixan Mikaitis
Sarah Riess
TAXMAN, POLLUCK, MURRAY &
BEKKERMAN, LLC
225 West Wacker Drive Ste 1650
Chicago, IL 60606
312-586-1700
gbekkerman@tpmblegal.com
cmixan@tpmblegal.com
sriess@tpmblegal.com
kkoziarska@tpmblegal.com
***Attorneys for Plaintiffs***


*/s/ Darren P. Grady*

Darren P. Grady
AMUNDSEN DAVIS LLC
150 North Michigan Ave Ste 3300
Chicago IL, 60601
312-894-3218
dgrady@amundsendavislaw.com
***Attorney for Ermithe Petit & Randstand North America, Inc.***


*/s/ Harry N. Arger*

Harry N. Arger
DYKEMA GOSSETT PLLC
10 S. Wacker Dr. Ste 2300
Chicago IL 60606
312-627-2127
harger@dykema.com
***Attorney for Bosch Security Systems, Inc.***


*/s/ Caitlin M. Barry*

Michael A. McCaskey (*Lead Attorney*)
Caitlin M. Barry
Swanson, Martin& Bell, LLP
330 N. Wabash Ave.m Ste 3300
Chicago, IL 60611
mmccaskey@smbtrials.com
cbarry@smbtrials.com
***Attorneys for Volkswagen Group of America, Inc.***